IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANKLIN DUANE WALSTON, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. H-07-2142 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on July 26, 2007.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2007\07-2142.b01